# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALEXANDRA STEINHOFF,**

    *Plaintiff,*

CASE NO.: 6:24-cv-00716-PGB-EJK

**v.**

**WAKEFIELD & ASSOCIATES, LLC,**
**et al.,**

    *Defendants,*
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANNER HEALTH d/b/a BANNER CASA GRANDE MEDICAL CENTER

Plaintiff, ALEXANDRA STEINHOFF ("Plaintiff"), by and through the undersigned attorney, hereby dismisses her claims against Defendant BANNER HEALTH d/b/a BANNER CASA GRANDE MEDICAL CENTER ("Banner Health") with prejudice. As part of the dismissal Plaintiff and Banner Health will bear their respective attorney's fees and costs.

Date: July 9, 2024

*Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: (844) 921-1022

/s/ *Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Attorneys for Plaintiff*
