UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALEXANDRA STEINHOFF,**

    **Plaintiff,**

v.                                            Case No: 6:24-cv-716-PGB-EJK

**WAKEFIELD & ASSOCIATES, LLC, BANNER HEALTH, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,**

    **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant Banner Health, filed July 9, 2024. (Doc. 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Banner Health are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendant Banner Health only as a party.

**DONE AND ORDERED** in Orlando, Florida on July 17, 2024.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties